FILED
UNITED STATES DISTRICT COUR.
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

SEP - 5 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. __07 - CV - 01856 - BNB__
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

RICHARD J. LYNN,

     Applicant,

v.

R. WILEY,

     Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

     Applicant Richard J. Lynn has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is in

proper form. Therefore, the clerk of the court will be directed to commence a civil

action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be

directed to mail to the applicant, together with a copy of this order, a receipt for full

payment of the $5.00 filing fee. Accordingly, it is

     ORDERED that the clerk of the court commence this civil action. It is

     FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _5<sup>F</sup>_ day of _September_____, 2007.

BY THE COURT:

_Boyd N. Boland_____
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **07 - CV - 01856**

Richard J. Lynn
Reg. No. 09748-004
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and a reciept for the full $5.00 filing fee** to the above-named individuals on_____*9-5-07*_____

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk