IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01856-MSK-KMT

RICHARD J. LYNN,

    Petitioner,

v.

R. WILEY,

    Respondent.

---

### **MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Applicant's "Motion to Amend Original Petition to Expand the Record" (#12, filed November 8, 2007) and "Motion to Amend and/or Add Exculpatory Documents to Original 28 U.S.C. § 2241" (#30, filed February 29, 2008) are GRANTED. Respondent shall have up to and including May 22, 2008 to file a supplemental brief if necessary. Any further traverse or reply by the Applicant will be stricken. Mr. Lynn is reminded of his duty under Fed. R. Civ. P. 4 to serve the Respondent with all documents through Respondent's counsel at the following address:

J. Benedict Garcia
Mark S. Pestal
Paul Farley
U.S. Attorney's Office - Denver
1225 17th Street East
Seventeenth Street Plaza
#700
Denver, CO 80202

Failure to serve the respondent at the proper address may result in striking of the documents which have not been properly served.

Dated: May 2, 2008