IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01856-MSK-KMT

RICHARD J. LYNN,

    Petitioner,

v.

R. WILEY,

    Respondent.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Petitioner's "Motion to Request Documents from Respondent R. Wiley" (#39, filed June 12, 2008) is **GRANTED in part**. The Certificate of Service on Respondent's brief (#38, filed May 14, 2008) states that Mr. Lynn was served by mail on May 14, 2008. However, Mr. Lynn apparently did not receive the response brief. Therefore, Respondent is **ORDERED** to mail a copy of the brief (#38) and to file another Certificate of Service with the court. The response brief will not be stricken.

Dated: June 16, 2008