IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01856-MSK-KMT

RICHARD J. LYNN,

      Petitioner,

v.

R. WILEY,

      Respondent.

___

## ORDER
___

THIS MATTER comes before the Court on the Petitioner's Motion to Withdraw Writ of Mandamus 28 U.S.C. § 1361 or Order for Injunction (Motion) **(#51)** filed August 18, 2008. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is hereby directed to withdraw the Motion for Writ of Mandamus at docket entry #22. In view of Petitioner's withdrawal of the Motion, the Court finds the Report and Recommendation regarding this Motion **(#50) MOOT**.

DATED this 19th day of August, 2008.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge