**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01856-MSK-KMT

RICHARD J. LYNN,

      Applicant,

v.

R. WILEY, Warden,

      Respondent.

---

**ORDER**

---

The court, having reviewed the Forthwith Unopposed Motion by Defendants for Leave to Present Testimony by Videoonference (Doc. No. 84), and sufficient cause appearing in the motion, hereby **GRANTS** the motion. The court will permit witnesses James Carey, Jerry Boley and Robert Shank to testify by videoconference at the hearing set on April 8, 2009.

Respondent shall arrange for participation of the witnesses <u>and</u> for the participation of Applicant Richard J. Lynn at the evidentiary hearing by videoconference. Respondent shall contact Mike Myers in the Court's Information Technology Department, at (303)335-2157, <u>no later than Monday, April 6, 2009</u>, to make arrangements for the videoconference.

Dated this 3rd day of April, 2009.

                                           **BY THE COURT:**

                                           _____

                                           Kathleen M. Tafoya
                                           United States Magistrate Judge