IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01856–MSK–KMT

RICHARD J. LYNN,

    Plaintiff,

v.

R. WILEY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Applicant's "Motion to Expand the Record" (Doc. No. 93, filed June 1, 2009) is GRANTED. The court will consider the affidavits submitted by Applicant in issuing its recommendation.

Dated: July 16, 2009